UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES KOZLOWSKI, AN INDIVIDUAL; AND PERRY KOZLOWSKI, AN INDIVIDUAL;<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH AMERICAN NATIONAL MARKETING, LLC, A COLORADO LIMITED LIABILITY COMPANY; NANM, LLC, A COLORADO LIMITED LIABILITY COMPANY; GARDINER LIMITED PARTNERSHIP ACQUISITIONS, LLC, A COLORADO LIMITED LIABILITY COMPANY; AVANZAR FINANCIAL GROUP, LLC, A COLORADO LIMITED LIABILITY COMPANY; AND JOHN DOE DEFENDANTS 1-5, BEING ANY OTHER RELATED PERSON OR ENTITY;<br><br>Defendants. | 4:12-CV-04174-KES<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiffs and defendants move to dismiss the action with prejudice and agree that the case is fully settled and compromised. Docket 122. Therefore,

IT IS ORDERED THAT the above-titled action is dismissed with prejudice and without costs or disbursements to any of the parties.

Dated September 16, 2016.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

1